IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MICHELLE M. BOISSEAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (1) THE LASALLE GROUP, INC., ) <br> dba AUTUMN LEAVES OF TULSA ) <br> a foreign for profit business corporation, ) <br> ) <br> Defendant. ) | Case No: 15-CV-489-TCK-PJC |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, The LaSalle Group, Inc. ("Defendant") and pursuant to Rule 56 of the Fed.R.Civ.P. and N.D.LR. 56.1, moves the Court for an order granting summary judgment in its favor and against Plaintiff Michelle M. Boisseau on all of her claims asserted in this litigation. In Plaintiff's Complaint (Dkt. #1), she asserts the following claims against the Defendant: (1) alleged harassment based on her Christian religion in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et. seq.* ("Title VII") and Oklahoma's Anti-Discrimination Act, 25 O.S. §§ 1101 *et seq.* ("OADA"); (2) alleged retaliation in violation of Title VII and OADA; and (3) the tort of negligent supervision.

In support of this Motion, Defendant shows the Court that the undisputed facts establish there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law on all of Plaintiff's claims. This Motion is further supported by Defendant's Brief in Support of Its Motion for Summary Judgment, which is filed contemporaneously with this Motion.

Respectfully submitted,

/s/ P. Bradley Bendure
P. Bradley Bendure, OBA # 19048
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172
Phone: (918) 586-8521
Fax: (918) 586-8631
bbendure@cwlaw.com

**ATTORNEYS FOR DEFENDANT,
THE LASALLE GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2016, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Terry A. Hall, OBA No. 10668
4000 N. Kickapoo
Shawnee, OK  74804
Tel: 405-275-5242
Fax: 405-260-9330
Email: thall@okhnhlaw.com

**ATTORNEY FOR PLAINTIFF,
MICHELLE M. BOISSEAU**

/s/ P. Bradley Bendure
P. Bradley Bendure