IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
NORTHERN DISTRICT OF OKLAHOMA

(1) MICHELLE M. BOISSEAU, )
)
         Plaintiff, )   Case No: 15-CV-489-TCK-PJC
)
v. )
)
(1) THE LASALLE GROUP, INC., )
dba AUTUMN LEAVES OF TULSA )
a foreign for profit business corporation, )
)
         Defendant. )

**EXHIBIT A**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michelle M. Boisseau, by and through her counsel of record, Terry A. Hall of Hall, Nalley & Holloway, PLLC, and Defendant, The LaSalle Group, Inc., by and through its counsel of record, P. Bradley Bendure of Conner & Winters, LLP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted in this action with prejudice to the re-filing of same. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

By _/s/ P. Bradley Bendure_
P. Bradley Bendure, OBA No. 19048
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, OK 74172-0148
(918) 586-8521
(918) 586-8631 fax
bbendure@cwlaw.com

**ATTORNEYS FOR DEFENDANT,
THE LASALLE GROUP, INC.**

1

-and-

By *[signature]*
Terry A. Hall, OBA #10668
Hall, Nalley & Holloway, PLLC
1101 N. Harrison, Suite D
Shawnee, Oklahoma 74801
(405) 275-5242
(405) 260-9330 (facsimile)
thall@okhnlaw.com

**ATTORNEY FOR PLAINTIFF,
MICHELLE M. BOISSEAU**