**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) MICHELLE M. BOISSEAU,   )  | |
|       Plaintiff,   ) | |
| ) | |
| v.   ) | Case No. 15-CV-489-TCK-PJC |
| ) | |
| (1) THE LASALLE GROUP INC.,   ) | |
|    dba AUTUMN LEAVES OF TULSA   ) | |
| a foreign for profit business corporation,   ) | |
| ) | |
|       Defendant.   ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michelle M. Boisseau, by and through her counsel of record, Terry A. Hall of Hall, Nalley & Holloway, PLLC, and Defendant, The LaSalle Group, Inc., by and through its counsel of record, P. Bradley Bendure of Conner & Winters, LLP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted in this action with prejudice to the re-filing of same. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Terry A. Hall
TERRY A. HALL, OBA #10668
HALL, NALLEY & HOLLOWAY, PLLC
4000 N Kickapoo
Shawnee, Oklahoma 74804
Phone (918) 948-6982
Fax (405) 260-9330
thall@okhnhlaw.com
ATTORNEYS FOR PLAINTIFF

/s/ P. Bradley Bendure
(signed by filing attorney with permission)
P. Bradley Bendure, OBA #19048
**CONNER & WINTERS, LLP**
Attorneys & Counselors at Law
4000 One Williams Center

Tulsa, OK 74172-0148<br>
P 918.586.8521<br>
F 918.586.8631<br>
BBendure@cwlaw.com<br>
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 29th day of July, 2016 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:    P. Bradley Bendure.

                                         /s/ Terry A. Hall